**Motion Granted; Reversed and Remanded and Memorandum Opinion filed February 7, 2023.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00011-CV
NO. 14-22-00139-CV
_____

**BASIM MOUSILLI, Appellant**

**V.**

**NOURA SWEED, Appellee**

---

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2020-49635**

---

## MEMORANDUM OPINION

These consolidated appeals are from a judgment signed October 13, 2021 and certain orders signed by the trial court. On December 13, 2022, appellant filed a motion to set aside the judgment and certain orders of the trial court in accordance with a settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B) (noting that courts of appeals may, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk, the court may[] . . . set aside the trial court's

judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement"). The motion is granted.

We reverse and remand for proceedings consistent with this opinion.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Poissant.